UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-CV-14258-ROSENBERG/MAYNARD

ANTWANUS BRASWELL,

    Petitioner,

v.

SECRETARY, DEPARTMENT OF
CORRECTIONS and STATE OF FLORIDA,

    Respondents.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION, DENYING
PETITION FOR A WRIT OF HABEAS CORPUS, AND CLOSING CASE**

    This matter is before the Court upon Petitioner Antwanus Braswell's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. DE 1. The Court previously referred this case to Magistrate Judge Shaniek M. Maynard for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on all dispositive matters. DE 3. On July 16, 2021, Judge Maynard issued a Report and Recommendation in which she recommended that the Petition be denied. DE 14. Petitioner has filed Objections to the Report and Recommendation. DE 17.

    The Court has reviewed the Report and Recommendation, Petitioner's Objections thereto, and the entire record and is otherwise fully advised in the premises. The Court agrees with the Report and Recommendation and finds Judge Maynard's recommendation to be well reasoned and correct.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Objections [DE 17] are **OVERRULED**.

2. Magistrate Judge Maynard's Report and Recommendation [DE 14] is **ADOPTED** as the Order of the Court.

3. Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 [DE 1] is **DENIED**.

4. A Certificate of Appealability **SHALL NOT ISSUE**.

5. The Clerk of the Court is instructed to **CLOSE THIS CASE**. All deadlines are **TERMINATED**, all hearings are **CANCELLED**, and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 7th day of October, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record